DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

ALOX SHARMA and ALISA J. BEHNE, as trustees of the Alok
Sharma and Alisa J. Behne 2001 Revocable Trust UTD dated
Jauary 22, 2001,

Appellants,

v.

HYDE PARK CONDOMINIUM ASSOCIATION, INC.,

Appellee.

No. 2D2024-1893

_____

March 20, 2026

Appeal pursuant to Fla. R. App. P. 9.130 from the Circuit Court for
Hillsborough County; Alissa Ellison, Judge.

Janelle A. Weber of Manta Law, Tampa, for Appellants.

Karen Cox of Appleton Reiss, PLLC, Tampa, for Appellee.

PER CURIAM.

    Affirmed.

LUCAS, C.J., and NORTHCUTT and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior publication.